UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAMBRIDGE RETIREMENT SYSTEM, on behalf of itself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>EQT CORPORATION, STEVEN T. SCHLOTTERBECK, ROBERT J. MCNALLY, DAVID L. PORGES, JIMMI SUE SMITH, JAMES E. ROHR, VICKY A. BAILEY, PHILIP G. BEHRMAN, KENNETH M. BURKE, A. BRAY CARY, JR., MARGARET K. DORMAN, STEPHEN A. THORINGTON, LEE T. TODD, JR., CHRISTINE J. TORETTI, DANIEL J. RICE IV, and ROBERT F. VAGT,<br><br>Defendants. | Case No. 2:19-cv-00754-MPK<br><br>**CLASS ACTION** |

**NOTICE OF WITHDRAWAL OF LEAD PLAINTIFF MOTION BY MOVANT JOSEPH F. BONETTO, JR.**

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that after having reviewed the various submissions to the Court, it appears that proposed lead plaintiff movant Joseph F. Bonetto, Jr. ("Movant") does not have the largest financial interest in the above-captioned action. As such, Movant hereby withdraws his motion for appointment as lead plaintiff and approval of selection of lead counsel filed on August 26, 2019. *See* ECF Dkt. No. 11. This notice is not a waiver of Movant's ability to participate in any recovery obtained on behalf of the Class or to serve as a lead plaintiff or representative party should the need arise in the future.

DATED: August 29, 2019                                  Respectfully submitted,

*/s/ Steven A. Schwartz*
**CHIMICLES SCHWARTZ KRINER**
 **& DONALDSON-SMITH LLP**
Steven A. Schwartz
Andrew W. Ferich*
361 West Lancaster Avenue
Haverford, PA 19041
Tel: (610) 642-8500
Fax: (610) 649-3633
steveschwartz@chimicles.com
awf@chimicles.com

**FRANKLIN D. AZAR & ASSOCIATES, P.C.**
Ivy T. Ngo*
14426 East Evans Avenue
Aurora, CO 80014
Telephone: (303) 757-3300
Facsimile: (720) 213-5131
Email: ngoi@fdazar.com

**THORNTON LAW FIRM LLP**
Guillaume Buell*
1 Lincoln Street
Boston, MA 02111
Telephone: 617-720-1333
Facsimile:  617-720-2445
Email: gbuell@tenlaw.com

*Counsel for Lead Plaintiff Movant Joseph F. Bonetto, Jr. and Proposed Lead Counsel*

**\*** *Pro Hac Vice* forthcoming

2