## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAMBRIDGE RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>EQT CORPORATION, STEVEN T. SCHLOTTERBECK, ROBERT J. MCNALLY, DAVID L. PORGES, JIMMI SUE SMITH, JAMES E. ROHR, VICKY A. BAILEY, PHILIP G. BEHRMAN, KENNETH M. BURKE, A. BRAY CARY, JR., MARGARET K. DORMAN, STEPHEN A. THORINGTON, LEE T. TODD, JR., CHRISTINE J. TORETTI, DANIEL J. RICE IV, and ROBERT F. VAGT,<br><br>      Defendants. | 2:19-cv-00754-MPK<br><br>NOTICE OF WITHDRAWAL OF MOTION OF IRON WORKERS LOCAL 580 JOINT FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL |

**TO:**  **ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On August 26, 2019, Iron Workers Local 580 Joint Funds ("Iron Workers") filed a motion, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for the entry of an Order: (i) appointing Iron Workers as Lead Plaintiff on behalf of all persons and entities that purchased or otherwise acquired the publicly traded securities of EQT Corporation between June 19, 2017, and October 24, 2018, both dates inclusive; and (ii) approving Lead Plaintiff's selection of Pomerantz, LLP, as Lead Counsel and The Sweet Law Firm, PC, as Liaison Counsel for the Class. Dkt. No. 17.

Having reviewed the competing motions before the Court, Iron Workers does not appear to have the largest financial interest in this litigation within the meaning of the PSLRA. Accordingly, Iron Workers hereby withdraws its motion.

This notice of withdrawal shall have no impact on Iron Workers' membership in the proposed class or its right to share in any recovery obtained for the benefit of class members.

Dated: August 29, 2019

Respectfully submitted,

**THE SWEET LAW FIRM, P.C.**

By: */s/ Benjamin J. Sweet*
Benjamin J. Sweet, Esq.
1145 Bower Hill Road, Suite 104
Pittsburgh, Pennsylvania 15243
Telephone: 412-857-5350
ben@sweetlawpc.com

*Liaison Counsel for Iron Workers Local 580 Joint Funds*

## **CERTIFICATE OF SERVICE**

I certify that on the 29th day of August, 2019, the foregoing document was electronically filed through the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

                                           */s/ Benjamin J. Sweet*
                                           Benjamin J .Sweet, Esq.