# EXHIBIT A

# CERTIFICATION PURSUANT TO
# THE FEDERAL SECURITIES LAWS

I, Wilfred P. Leon Guerrero, Ed.D., on behalf of the court-appointed Lead Plaintiff Government of Guam Retirement Fund ("GGRF"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Chairman of GGRF. I have reviewed the Amended Complaint in this matter and authorize its filing by counsel.

2. GGRF did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. GGRF fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. GGRF's transactions in the EQT Corp. securities that are the subject of this action are set forth in the chart attached hereto.

5. GGRF has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification:

    *In re EQT Corporation Securities Litigation*, No. 19-cv-0754 (W.D. Pa.)

6. GGRF will not accept any payment for serving as a representative party on behalf of the Class beyond GGRF's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of December, 2019.

Wilfred P. Leon Guerrero, Ed.D.
Chairman
*Government of Guam Retirement Fund*

**Government of Guam Retirement Funds**
**Transactions in EQT Corp.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 12/28/2017 | 2,106 | 56.4971 |
| Purchase | 12/28/2017 | 394 | 55.8850 |
| Purchase | 12/29/2017 | 3,702 | 57.0964 |
| Purchase | 12/29/2017 | 587 | 57.0100 |
| Purchase | 1/2/2018 | 4,238 | 58.2551 |
| Purchase | 1/3/2018 | 2,073 | 58.7664 |
| Purchase | 1/17/2018 | 13,100 | 58.5453 |
| Purchase | 1/26/2018 | 8,844 | 58.8105 |
| Purchase | 2/22/2018 | 4,553 | 51.0026 |
| Purchase | 2/22/2018 | 2,003 | 51.0693 |
| Purchase | 2/23/2018 | 769 | 51.5075 |
| Purchase | 2/23/2018 | 2,576 | 51.7269 |
| Purchase | 2/26/2018 | 2,747 | 52.3830 |
| Purchase | 2/27/2018 | 2,025 | 52.0145 |
| Purchase | 4/27/2018 | 1,738 | 50.1607 |
| Purchase | 4/30/2018 | 2,849 | 50.1518 |
| Purchase | 4/30/2018 | 197 | 50.2400 |
| Sale | 11/7/2018 | (23,405) | 33.6223 |
| Sale | 11/8/2018 | (6,854) | 34.8441 |
| Sale | 11/9/2018 | (929) | 36.4539 |
| Sale | 11/9/2018 | (810) | 35.9583 |
| Sale | 11/12/2018 | (86) | 36.0250 |
| Sale | 11/12/2018 | (4,876) | 35.4855 |
| Sale | 11/13/2018 | (1,706) | 19.2438 |
| Sale | 11/13/2018 | (554) | 18.6534 |
| Sale | 11/13/2018 | (980) | 18.6641 |
| Sale | 11/13/2018 | (8,568) | 19.7182 |
| Sale | 11/13/2018 | (1,706) | 19.2438 |
| Sale | 11/13/2018 | (554) | 18.6534 |
| Sale | 11/13/2018 | (980) | 18.6641 |
| Sale | 11/13/2018 | (8,568) | 19.7182 |
| Sale | 11/13/2018 | (1,706) | 19.2438 |
| Sale | 11/13/2018 | (554) | 18.6534 |
| Sale | 11/13/2018 | (980) | 18.6641 |
| Sale | 11/13/2018 | (8,568) | 19.7182 |
| Sale | 11/14/2018 | (3,363) | 17.4419 |
| Sale | 11/14/2018 | (2,370) | 17.2272 |