# EXHIBIT B

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Ellen K. Philbin, on behalf of Cambridge Retirement System ("Cambridge"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Executive Director of Cambridge. I have reviewed the Amended Complaint in this matter and authorize its filing by counsel.

2. Cambridge did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Cambridge is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Cambridge's transactions in the EQT Corp. securities that are the subject of this action are set forth in the chart attached hereto.

5. Cambridge has served as a representative party on behalf of a class in the following action filed under the federal securities laws during the three years preceding the date of this Certification:

    *In re Willis Towers Watson plc Proxy Litigation*, No. 17-cv-1338 (E.D. Va.)
    *In re EQT Corporation Securities Litigation*, No. 19-cv-0754 (W.D. Pa.)

6. Cambridge has sought to serve as a lead plaintiff and representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motions for lead plaintiff or was not appointed lead plaintiff:

    *Cambridge Retirement System v. Mednax, Inc.*, No. 18-cv-61572 (S.D. Fla.)

7. Cambridge is currently serving as a lead plaintiff and representative party on behalf of a class in the following action filed under the federal securities laws during the three years preceding the date of this Certification:

    *Wagner v. Spectrum Brands Legacy, Inc.*, No. 19-cv-00178 (W.D. Wis.)

8. Cambridge will not accept any payment for serving as a representative party on behalf of the Class beyond Cambridge's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of December, 2019.

_____
Ellen K. Philbin
Executive Director
*Cambridge Retirement System*

**Cambridge Retirement System**
**Transactions in EQT Corp.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 8/4/2017 | 2,700 | 62.8600 |
| Purchase | 10/26/2017 | 1,788 | 59.3535 |
| Purchase | 10/27/2017 | 1,853 | 60.4785 |
| Merger | 11/13/2017 | 1,221 | |
| Purchase | 11/15/2017 | 2,846 | 59.4833 |
| Purchase | 11/16/2017 | 554 | 59.4943 |
| Purchase | 11/30/2017 | 1,200 | 59.1484 |
| Purchase | 12/28/2017 | 2,571 | 57.1706 |
| Purchase | 12/29/2017 | 2,029 | 57.1044 |
| Purchase | 1/31/2018 | 5,200 | 54.3984 |
| Purchase | 2/9/2018 | 722 | 44.2902 |
| Purchase | 2/13/2018 | 7,017 | 47.2849 |
| Purchase | 2/14/2018 | 640 | 47.5523 |
| Purchase | 6/6/2018 | 1,575 | 51.6206 |
| Purchase | 8/13/2018 | 1,807 | 49.2077 |
| Purchase | 8/13/2018 | 4,566 | 49.3765 |
| Purchase | 9/11/2018 | 1,271 | 46.8358 |
| Purchase | 9/11/2018 | 1,703 | 46.6628 |
| Purchase | 9/11/2018 | 1,703 | 46.1730 |
| Purchase | 10/25/2018 | 2,009 | 34.9150 |
| Purchase | 10/26/2018 | 1,234 | 34.8839 |
| Purchase | 10/30/2018 | 4,111 | 32.3005 |
| Purchase | 1/31/2019 | 7,440 | 19.3593 |
| Purchase | 2/22/2019 | 1,129 | 19.5129 |
| Sale | 6/28/2017 | (1,658) | 58.9263 |
| Sale | 6/29/2017 | (4,042) | 59.2533 |
| Sale | 7/28/2017 | (5,200) | 66.1468 |
| Sale | 8/29/2017 | (1,500) | 60.7473 |
| Sale | 9/26/2017 | (5,900) | 65.3603 |
| Sale | 11/14/2017 | (1,221) | 60.9801 |
| Sale | 2/20/2018 | (7,500) | 51.5082 |
| Sale | 2/23/2018 | (6,544) | 51.3353 |
| Sale | 5/1/2018 | (6,104) | 50.1199 |
| Sale | 6/15/2018 | (1,540) | 56.0131 |
| Sale | 6/18/2018 | (2,977) | 55.9581 |
| Sale | 9/26/2018 | (7,551) | 45.4927 |
| Sale | 2/25/2019 | (286) | 19.7383 |
| Sale | 3/26/2019 | (4,011) | 20.2038 |

**Cambridge Retirement System**
**Transactions in Rice Energy, Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 6/23/2017 | 3,300 | 25.6500 |