UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *In re EQT Corporation Securities Litigation* | Master File No. 2:19-cv-00754-RJC<br><br>ECF CASE |

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL

Plaintiffs[1] respectfully move this Court to certify this case as a class action and appoint Plaintiffs as Class Representatives under Federal Rule of Civil Procedure 23(a) and (b)(3) and appoint Bernstein Litowitz Berger & Grossmann LLP ("BLB&G") and Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") as Class Counsel under Rule 23(g).[2] The factual and legal grounds for the relief sought are set forth in the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel. The parties have discussed this motion, and Defendants oppose the relief sought herein. A proposed order setting forth the specific relief requested is attached hereto as Exhibit A.

---

[1] Plaintiffs are the Court-appointed Lead Plaintiffs Government of Guam Retirement Fund and the Northeast Carpenters Annuity Fund and the Northeast Carpenters Pension Fund and additional Plaintiff Cambridge Retirement System.

[2] The Class consists of (i) all persons who purchased the common stock of EQT during the Class Period and were damaged thereby; (ii) all EQT shareholders who held EQT shares as of the record date of September 25, 2017 and were entitled to vote with respect to the Acquisition at the November 9, 2017 special meeting of EQT shareholders and were damaged thereby; (iii) all Rice shareholders who held Rice shares as of the record date of September 21, 2017 and were entitled to vote with respect to the Acquisition at the November 9, 2017 special meeting of Rice shareholders and were damaged thereby; and (iv) all persons who acquired the common stock of EQT in exchange for their shares of Rice common stock in connection with the Acquisition and were damaged thereby (the "Class"). Excluded from the Class are Defendants, directors and officers of EQT, and their families and affiliates. First Amended Complaint, ECF No. 85 ¶598.

1

April 2, 2021                                    Respectfully submitted,

                                               **WEISS BURKARDT KRAMER LLC**

                                               */s/ M. Janet Burkardt*
M. Janet Burkardt (PA I.D. #85582)
Jocelyn P. Kramer (PA I.D. #93153)
445 Fort Pitt Boulevard, Suite 503
Pittsburgh, PA 15219
Tel: (412) 391-9890
Fax: (412) 391-9685
jburkardt@wbklegal.com
jkramer@wbklegal.com

*Liaison Counsel for Lead Plaintiffs and the Class*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Steven J. Toll (admitted *pro hac vice*)
S. Douglas Bunch (admitted *pro hac vice*)
Susan G. Taylor (admitted *pro hac vice*)
Megan K. Kistler (admitted *pro hac vice*)
1100 New York Avenue, N.W., Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com
dbunch@cohenmilstein.com
sgtaylor@cohenmilstein.com
mkistler@cohenmilstein.com

Christina D. Saler (admitted *pro hac vice*)
Three Logan Square, 1717 Arch St.
Suite 3610
Philadelphia, PA 19103
Tel: (267) 479-5700
Fax: (267) 479-5701
csaler@cohenmilstein.com

Benjamin F. Jackson (admitted *pro hac vice*)
Jessica (Ji Eun) Kim (admitted *pro hac vice*)
88 Pine St., 14th Floor
New York, NY 10005
Tel: (212) 838-7797
Fax: (212) 838-7745
bjackson@cohenmilstein.com

2

jekim@cohenmilstein.com

**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**
Salvatore J. Graziano (admitted *pro hac vice*)
Adam H. Wierzbowski (admitted *pro hac vice*)
Jai K. Chandrasekhar (admitted *pro hac vice*)
Jesse L. Jensen (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
sgraziano@blbglaw.com
adam@blbglaw.com
jai@blbglaw.com
jesse.jensen@blbglaw.com

*Co-Lead Counsel for Lead Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

    I, M. Janet Burkardt, hereby certify that on April 2, 2021, I caused a true and correct copy of the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's CM/ECF automated filing system.

                                                     *s/ M. Janet Burkardt*
                                                     M. Janet Burkardt, Esquire
                                                     PA. I.D. #85582

2851672 v2