UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

*In re EQT Corporation Securities Litigation*

Case No. 2:19-cv-00754-RJC

## PLAINTIFFS' MOTION TO EXCLUDE PORTIONS OF THE EXPERT REPORTS AND TESTIMONY OF DR. KENNETH M. LEHN

Lead Plaintiffs and Class Representatives Government of Guam Retirement Fund ("Guam"), Eastern Atlantic States Carpenters Annuity Fund and the Eastern Atlantic States Carpenters Pension Fund (collectively "Eastern Atlantic Carpenters"), and additional Plaintiff and Class Representative Cambridge Retirement System ("Cambridge") (collectively "Plaintiffs") respectfully move the Court to exclude portions of the expert reports and testimony submitted by Dr. Kenneth M. Lehn. The factual and legal grounds for the relief sought are set forth in the accompanying Memorandum of Law in Support of Plaintiffs' Motion to Exclude Portions of the Expert Reports and Testimony of Dr. Kenneth M. Lehn.

A proposed order setting forth the specific relief requested is attached hereto as Exhibit A.

Dated: August 29, 2024

Respectfully submitted,

By: */s/ Adam H. Wierzbowski*
Adam H. Wierzbowski (NY Bar No. 4203675; admitted *pro hac vice*)

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Salvatore J. Graziano (admitted *pro hac vice*)
Adam H. Wierzbowski (admitted *pro hac vice*)
Jesse L. Jensen (admitted *pro hac vice*)
Robert F. Kravetz (PA I.D. #91168)
Jai K. Chandrasekhar (admitted *pro hac vice*)
Shane D. Avidan (admitted *pro hac vice*)
Thomas Sperber (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

salvatore@blbglaw.com
adam@blbglaw.com
jesse.jensen@blbglaw.com
robert.kravetz@blbglaw.com
jai@blbglaw.com
shane.avidan@blbglaw.com
thomas.sperber@blbglaw.com

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Steven J. Toll (admitted *pro hac vice*)
Daniel S. Sommers (admitted *pro hac vice*)
S. Douglas Bunch (admitted *pro hac vice*)
1100 New York Avenue, N.W., Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com
dsommers@cohenmilstein.com
dbunch@cohenmilstein.com

Christina D. Saler (admitted *pro hac vice*)
100 N. 18th Street, Suite 1820
Philadelphia, PA 19103
Tel: (267) 479-5707
Fax: (267) 479-5701
csaler@cohenmilstein.com

Benjamin F. Jackson (admitted *pro hac vice*)
Alexandra Gray (admitted *pro hac vice*)
88 Pine St., 14th Floor
New York, NY 10005
Tel: (212) 838-7797
Fax: (212) 838-7745
bjackson@cohenmilstein.com
agray@cohenmilstein.com

*Co-Lead Counsel for Lead Plaintiffs and the Class*

**COMBER MILLER LLC**
Michael A. Comber (PA I.D. #81951)
436 Seventh Avenue
Pittsburgh, PA 15219
Tel: (412) 894-1380
Fax: (412) 291-2109
mcomber@reisingercomber.com

*Liaison Counsel for Lead Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

I, Adam H. Wierzbowski, hereby certify that on August 29, 2024, I caused a true and correct copy of the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's CM/ECF automated filing system.

                                                   /s/ Adam H. Wierzbowski
                                                      Adam H. Wierzbowski