## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| *In re EQT Corporation Securities Litigation* | Master Case No. 2:19-cv-00754-RJC |

## APPENDIX OF EXHIBITS IN SUPPORT OF
## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT[1]

Defendants EQT Corporation, Steven T. Schlotterbeck, Robert J. McNally, David L. Porges, David E. Schlosser, Jr., Jimmi Sue Smith, James E. Rohr, Vicky A. Bailey, Philip G. Behrman, Kenneth M. Burke, A. Bray Cary, Jr., Margaret K. Dorman, Lee T. Todd, Jr., Christine J. Toretti, Daniel J. Rice IV, and Robert F. Vagt (collectively "Defendants"), by and through their undersigned counsel, pursuant to Local Rule 56(B)(3), submit the following Appendix of Exhibits in Support of their Motion for Summary Judgment in the above-captioned action.[2]

| EXHIBIT NO. | EXHIBIT DESCRIPTION |
|---|---|
| 1 | EQT Corporation SEC Form 10-K, for the Fiscal Year Ending December 31, 2008, filed February 20, 2009 |
| 2 | "Review of Emerging Resources: U.S. Shale Gas and Shale Oil Plays," U.S. Energy Information Administration, July 8, 2011 |
| 3 | Kristin Carter et al., *Unconventional Natural Gas Resources in Pennsylvania: The Backstory of the Modern Marcellus Shale Play*, 18 Journal of Environmental Geosciences (2011) |

---

[1]    Pursuant to Paragraph 17 of the Protective Order (Dkt. 124), Defendants have filed under seal all documents and information produced on a "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" basis by Plaintiffs or third parties.

[2]    Exhibits 196, 205, and 235 are intentionally omitted.

| EXHIBIT NO. | EXHIBIT DESCRIPTION |
|---|---|
| 4 | Pad drilling and rig mobility lead to more efficient drilling, U.S. Energy Information Administration (September 11, 2012) https://www.eia.gov/todayinenergy/detail.php?id=7910 |
| 5 | EQT Corporation SEC Form 10-K, for the Fiscal Year Ending December 31, 2012, filed February 21, 2013 |
| 6 | Jeff Ventura, et al., *The Discovery of the Marcellus Shale Play, An Operator's Experience*, SPE-168824; presented at the Unconventional Resources Technology Conference, held in Denver Colorado, August 12-14, 2013, https://doi.org/10.1190/urtec2013-077 |
| 7 | Rice Energy Inc. SEC Form 10-K, for the Fiscal Year Ending December 31, 2013, filed March 21, 2014 |
| 8 | EQT Investor Presentation, dated July 24, 2014 |
| 9 | "Unlocking the Earth - A Short History of Hydraulic Fracturing," GeoExpro (Dec. 2, 2014), https://www.geoexpro.com/articles/2014/02/unlockingthe-earth-a-short-history-of-hydraulic-fracturing |
| 10 | Rice Energy Inc. SEC Form 10-K, for the Fiscal Year Ending December 31, 2014, filed March 13, 2015 |
| 11 | Rigzone News, https://rigzonenews.files.wordpress.com/2015/02/screen-shot-2015-02-25-at-2-05-42-pm.png, dated February 25, 2015 |
| 12 | "Alpha Natural Resources acquires full share in Marcellus venture," Akron Beacon Journal, dated July 2, 2015 |
| 13 | EQT Investor Presentation, dated July 30, 2015 |
| 14 | "EQT Releases Seven-Day Data for Utica Well," Oil & Gas 360, July 30, 2015, https://www.oilandgas360.com/eqtreleases-seven-day-data-for-utica-well/ |
| 15 | "FTSI Provides Well Stimulation For EQT's Record-Setting Utica Well," Hart Energy, August 21, 2015, https://www.hartenergy.com/news/ftsi-provides-well-stimulation-eqts-record-setting-utica-well-105384 |
| 16 | Rice Energy Inc. SEC Form 10-K, for the Fiscal Year Ending December 31, 2015, filed February 25, 2016 |
| 17 | RBC Capital Markets Analyst Report, "Solid as a Rock," dated February 5, 2016 |

| EXHIBIT NO. | EXHIBIT DESCRIPTION |
|---|---|
| 18 | J.P. Morgan Analyst Report, "Q116 Guidance Reduction Fears Appear Misplaced," dated April 28, 2016 |
| 19 | Evercore ISI Analyst Report, "Long Anticipated & Likely Well Received," dated May 2, 2016 |
| 20 | EQT Investor Presentation, dated August 2016 |
| 21 | "Top 40 Producers of Natural Gas in the U.S., 2nd Quarter 2016," Natural Gas Suppliers Association, dated September 6, 2016 |
| 22 | Range Resources Corp. Barclays CEO Energy Conference Transcript, September 7, 2016 |
| 23 | Jefferies Analyst Report, "Marcellus Inventory Additions Should Improve Sentiment," dated October 25, 2016 |
| 24 | Cowen Analyst Report, "Q3 Earnings at a Glance," dated October 27, 2016 |
| 25 | SunTrust Robinson Humphrey Analyst Report, "Inventory Issues Addressed Though Likely No Immediate Response," dated October 27, 2016 |
| 26 | Rice Energy SEC Form 8-K, Exhibit 99.1, dated November 2, 2016, filed November 3, 2016 |
| 27 | EQT Corp. Q4 2016 Financial Reporting and Disclosure Business Cycle, Disclosure Control and and Procedures Policy, bearing bates EQT_WDPA5314658 |
| 28 | EQT Corporation SEC Form 10-K, for the Fiscal Year Ending December 31, 2016, filed February 9, 2017 |
| 29 | Rice Energy Inc. SEC Form 10-K, for the Fiscal Year Ending December 31, 2016, filed March 1, 2017 |
| 30 | Rice Energy Investor Presentation, bearing bates EQT_WDPA3432060, dated February 2017 |
| 31 | RBC Capital Markets Analyst Report, "Operational Engineering Taking Over," dated February 7, 2017 |
| 32 | Antero Resources, Company Overview Presentation, previously marked as Wright Exhibit 7, dated March 2017 |

| EXHIBIT NO. | EXHIBIT DESCRIPTION |
|---|---|
| 33 | EQT Organization Structure, bearing bates EQT_WDPA0006945, previously marked as Shaffer Exhibit 4, dated March 1, 2017 |
| 34 | EQT Investor Presentation, bearing bates EQT_WDPA3073171, previously marked as Adair Exhibit 17, dated March 27, 2017 |
| 35 | SunTrust Robinson Humphrey Analyst Report, "Greater Efficiencies Following Recent Acquisitions Boost Type Curve," dated March 27, 2017 |
| 36 | Email from A. Ryan to K. Kutchak, et al. re: EQT Long Laterals Planning, with attachments, bearing bates EQT_WDPA1549288 - EQT_WDPA1549316, dated April 18, 2017 |
| 37 | Amended Engagement Letter Between Citigroup and EQT Corporation, bearing bates EQT-CITIGROUP-00024871, previously marked as Citigroup Exhibit 2, dated April 27, 2017 |
| 38 | Email from A. DeFabio to D. Greenblatt & B. McLean re: Confidential: Project Lightning - Anticipated Raptor Diligence Items, bearing bates EQT_WDPA3739213, dated May 12, 2017 |
| 39 | Evercore ISI Analyst Report, "Notes from the Road," dated May 14, 2017 |
| 40 | EQT Draft Due Diligence Request List, bearing bates EQT_WDPA5314473, dated May 15, 2017 |
| 41 | Email from A. Ryan to D. Elkin, et al. re: ERD Presentation, with attachment, bearing bates EQT_WDPA0596664 - EQT_WDPA0596665, dated May 16, 2017 |
| 42 | Email from J. Wick to J. Sinnott re: Project Lightning, with attachments, bearing bates EQT_WDPA2309007 - EQT_WDPA2309010, previously marked as Shaffer Exhibit 9, dated May 16, 2017 |
| 43 | Email from J. Wick to J. Sinnott & C. Ogburn re: RE: Project Lightning, with attachments, bearing bates EQT_WDPA2806647 - EQT_WDPA2806650, previously marked as Wick Exhibit 5, dated May 16, 2017 |
| 44 | Email from A. Breese to E. Centofanti re: Marcellus Acreage and Extension Costs, with attachment, bearing bates EQT_WDPA1733011 - EQT_WDPA1733012, dated May 22, 2017 |

| EXHIBIT NO. | EXHIBIT DESCRIPTION |
|---|---|
| 45 | Email from R. McNally to J. Jackson, et al. re: Investor Announcement Deck_v17.pdf, with attachments, bearing bates EQT_WDPA3750480 - EQT_WDPA3750500, previously marked as McNally Exhibit 3, dated May 25, 2017 |
| 46 | Model for Lateral Savings Lightning - BOD Excel Spreadsheet, bearing bates EQT_WDPA1641524, previously marked as Ussery Exhibit 19, dated May 26, 2017 |
| 47 | Email from J. Wick to J. Sinnott re: RE: Lightning Well Inventory and Map, with attachment, bearing bates EQT_WDPA3817157 - EQT_WDPA3817159, previously marked as Wick Exhibit 12, dated May 26, 2017 |
| 48 | Lightning 5 Year CapEX Projections 5.28.2017 Excel Spreadsheet, bearing bates EQT_WDPA1698611, previously marked as Adair Exhibit 6, dated May 28, 2017 |
| 49 | Email from J. Sinnott to E. Centofanti & A. Breese re: RE: Lightning, with attachments, bearing bates EQT_WDPA3753519 - EQT_WDPA3753522, previously marked as Breese Exhibit 12, dated May 28, 2017 |
| 50 | EQT Corp. Board of Directors Meeting Materials, bearing bates EQT_WDPA3382387, dated May 29, 2017 |
| 51 | Email from P. Kane to N. Tetlow re: FW: Sample IR Decks - M&A Announcements, with attachments, bearing bates EQT_WDPA3341180 - EQT_WDPA3341264, dated May 30, 2017 |
| 52 | Citi Presentation, Project Lightning, Selected Citi Bios, bearing bates EQT-CITIGROUP-00011428, dated May 31, 2017 |
| 53 | Email from B. McLean to D. Deas re: Re: Lightning IR Call (Eagle to forward to necessary people on Eagle team), with attachments, bearing bates EQT_WDPA0973256 - EQT_WDPA0973261, dated June 1, 2017 |
| 54 | Email from A. Breese to S. Prelipp re: RE Lightning Guidance, with attachment, bearing bates EQT_WDPA3758993 - EQT_WDPA3758995, previously marked as Prelipp Exhibit 12, dated June 2, 2017 |
| 55 | Email from A. DeFabio to S. Prelipp, et al. re: RE: Priority Due Diligence List, with attachments, bearing bates EQT_WDPA3328083 - EQT_WDPA3328086, dated June 5, 2017 |
| 56 | Declaration of Derek Rice in Support of Defendants' Motion for Summary Judgment, dated August 22, 2024 |

| EXHIBIT NO. | EXHIBIT DESCRIPTION |
|---|---|
| 57 | Email from C. Trexler to D. Elkin re: FW: Lightning Waterlines, bearing bates EQT_WDPA1947107, dated June 6, 2017 |
| 58 | Email from J. Wick to J. Sinnott re: RE: Lightning Well Inventory and Map, bearing bates EQT_WDPA3817162, dated June 6, 2017 |
| 59 | Declaration of Daniel J. Rice in Support of Defendants' Motion for Summary Judgment, dated August 28, 2024 |
| 60 | Email from J. Sinnott to E. Centofanti re: FW: Updated Acreage Statistics Using 12K Average LL's in Greene/Washington County, with attachment, bearing bates EQT_WDPA0673394 - EQT_WDPA0673395, previously marked as Breese Exhibit 26, dated June 7, 2017 |
| 61 | Declaration of David Porges in Support of Defendants' Motion for Summary Judgment, dated August 23, 2024 |
| 62 | EQT Presentation, Extended Reach Review, previously marked as ███ Exhibit 7, dated June 13, 2017 |
| 63 | Email from R. McNally to S. Schlotterbeck, et al. re: Lightning IR Deck - Draft 7.pdf, with attachment, bearing bates EQT_WDPA3193722 - EQT_WDPA31937223, dated June 16, 2017 |
| 64 | Email from E. Centofanti to D. Schlosser re: Fwd: Lightning IR Deck - DRAFT 7.pdf, bearing bates EQT_WDPA3878455, dated June 16, 2017 |
| 65 | Email from P. Kane to N. Tetlow re: FW: Lightning IR Deck - DRAFT 7.pdf, bearing bates EQT_WDPA5296553, dated June 16, 2017 |
| 66 | Email from S. Prelipp to D. Deas re: Re: Lightning Data Request, bearing bates EQT_WDPA0195631 - EQT_WDPA0195634, with attachments, dated June 17, 2017 |
| 67 | EQT Corp. Board of Directors Meeting Materials, bearing bates EQT_WDPA3382030, dated June 18, 2017 |
| 68 | Cowen Analyst Report, "EQT/RICE Merger First Thoughts," dated June 19, 2017 |
| 69 | Deutsche Bank Analyst Report, "Turning Up The Heat In Appalachia," dated June 19, 2017 |
| 70 | EQT Corporation SEC Form 8-K, dated June 19, 2017 |

| EXHIBIT NO. | EXHIBIT DESCRIPTION |
|---|---|
| 71 | EQT Investor Presentation, EQT Corporation Announces Acquisition of Rice Energy, bearing bates EQT_WDPA5306788, dated June 19, 2017 |
| 72 | EQT Merger Announcement Call Transcript, dated June 19, 2017 |
| 73 | Evercore ISI Analyst Report, "EQT Agrees to Acquire RICE (Initial Thoughts)," dated June 19, 2017 |
| 74 | J.P. Morgan Analyst Report, "Appalachia Consolidation: EQT to Acquire RICE – ALERT," dated June 19, 2017 |
| 75 | Ladenburg Thalmann Analyst Report, "EQT Corporation Agrees to Acquire Rice Energy for $6.7 Billion," dated June 19, 2017 |
| 76 | Morgan Stanley Analyst Report, "RICE Acquisition: Enhancing Inventory & Capital Efficiency," dated June 19, 2017 |
| 77 | EQT Corporation Press Release, "EQT Corporation to Acquire Rice Energy for $6.7 Billion," dated June 19, 2017 |
| 78 | Scotia Howard Weil Analyst Report, "Two Appalachian Powerhouses Combine," dated June 19, 2017 |
| 79 | Synergies Model from Business Development, bearing bates EQT_WDPA3835401, previously marked as Ussery Exhibit 5, dated June 19, 2017 |
| 80 | BMO Capital Markets Analyst Report, "I Shall Call Him… Mini-EQT; Raising to Outperform," dated June 20, 2017 |
| 81 | Evercore ISI Analyst Report, "Forming a NatGas Major," dated June 20, 2017 |
| 82 | Scotia Howard Weil Analyst Report, "Perfect Match – Time to Buy?" dated June 20, 2017 |
| 83 | Declaration of David Schlosser in Support of Defendants' Motion for Summary Judgment, dated August 28, 2024 |
| 84 | Wells Fargo Securities Analyst Report, "EQT: Model Mash-Up Post RICE Announcement," dated June 29, 2017 |
| 85 | Email from S. Prelipp to S. Grandt, et al. re: RE: EQT / GS - Synergies Discussion, bearing bates EQT_WDPA0195663, dated July 5, 2017 |

| EXHIBIT NO. | EXHIBIT DESCRIPTION |
|---|---|
| 86 | Email from M. Cherif to S. Schlotterbeck & R. McNally re: EQT Response Materials, with attachment, bearing bates EQT_WDPA1706140 - EQT_WDPA1706149, dated July 5, 2017 |
| 87 | EQT Corporation SEC Schedule 13D/A, attaching JANA Letter, dated July 5, 2017 |
| 88 | RBC Capital Markets Analyst Report, "Differentiated Gas Scale," dated July 5, 2017 |
| 89 | Email from S. Prelipp to B. McLean re: Re: valuation, bearing bates EQT_WDPA2302438, previously marked as Prelipp Exhibit 21, dated July 6, 2017 |
| 90 | Scotia Howard Weil Analyst Report, "Superior Upstream Franchise; Upgrading to Sector Outperform," previously marked as Stewart Exhibit 4, dated July 14, 2017 |
| 91 | Email from K. Pepper to B. Pratt re: RE: Intro from Tad Dickson, bearing bates WEDGE0005737, previously marked as Rosenberg Exhibit 15, dated July 17, 2017 |
| 92 | Email from M. Day to T. Jackson re: Deloitte Consulting, LLP - PO 140589 OC - 7-19-17, with attachments, bearing bates EQT_WDPA2882966 - EQT_WDPA2882991, dated July 19, 2017 |
| 93 | Email from EQT Communications to EQT (Everyone) re: Rice Integration Process :: IMO Team Structure, bearing bates EQT_WDPA0218821, dated July 20, 2017 |
| 94 | J.P. Morgan Analyst Report, "Deep Dive RICE Merger Analysis; Quantifying Upstream and Midstream Synergies," dated July 20, 2017 |
| 95 | Audit Committee Meeting Materials, bearing bates EQT_WDPA0990792, dated July 21, 2017 |
| 96 | Natural Gas Intelligence, "Rice Energy Acquires Lola Energy Assets in 'Confidential Sale,'" dated July 24, 2017 |
| 97 | SunTrust Robinson Humphrey Analyst Report, "Positive Rice Acquisition Improves with Lola Assets and Still Likely to Close," dated July 26, 2017 |
| 98 | EQT Investor Presentation, dated July 27, 2017 |

| EXHIBIT NO. | EXHIBIT DESCRIPTION |
|---|---|
| 99 | EQT Corporation Q2 2017 Earnings Call Transcript, dated July 27, 2017 |
| 100 | EQT Corporation SEC Form S-4, Registration Statement, dated July 27, 2017 |
| 101 | SunTrust Robinson Humphrey Analyst Report, "Time Still Needed to Release Synergies & SOTP Discount," dated July 27, 2017 |
| 102 | Letter from JANA to EQT, filed with the SEC as an Exhibit to EQT's Schedule 13D/A, dated July 31, 2017 |
| 103 | "Rice Energy Reports Second Quarter 2017 Results and Updates 2017 Capital Budget," PRNewswire, dated August 2, 2017 |
| 104 | Email from D. Xia to J. Hudeck & E. Hess re: [EQT-Rice] Latest STAR Tool, with attachment, bearing bates EQT_WDPA3283874 - EQT_WDPA3283875, dated August 7, 2017 |
| 105 | Email from J. Hudeck to C. Miller re: EQT-Rice_Steerco_20170807_v5.pptx, with attachment, bearing bates EQT_WDPA3894513 - EQT_WDPA3894514, dated August 7, 2017 |
| 106 | Calendar Invite from E. Hess to A. Breese, et al. re: Initial Discussion Related to the $7.5 B of additional synergies, bearing bates EQT_WDPA2792837, dated August 8, 2017 |
| 107 | Email from J. Smith to J. Mitchell re: FW: Integration/deal updates, bearing bates EQT_WDPA3228365, previously marked as Smith Exhibit 20, dated August 10, 2017 |
| 108 | Letter from JANA to EQT, filed with the SEC as Exhibit H to EQT's Schedule 13D/A, dated August 14, 2017 |
| 109 | Email from B. Morel to D. Ridgway re: RE: EQT/Rice Drilling Meeting Request, bearing bates EQT_WDPA0933008, dated August 30, 2017 |
| 110 | Email from D. Xia to J. Hudeck & E. Hess re: [EQT-Rice] Capital Synergy Tracking Options, with attachment, bearing bates DT00009838 - DT00009847, previously marked as Purcell Exhibit 5 (2023), dated September 1, 2017 |
| 111 | Antero Resources Corp. Company Conference Presentation Call Transcript, dated September 5, 2017 |

| EXHIBIT NO. | EXHIBIT DESCRIPTION |
|---|---|
| 112 | Email from C. Ogburn to J. Wick, et al. re: RE: Reserves Discussion - Draft Agenda, bearing bates EQT_WDPA4617873, previously marked as Wick Exhibit 35, dated September 13, 2017 |
| 113 | EQT Corporation SEC Schedule 13D/A, including Letter from JANA to EQT, dated September 20, 2017 |
| 114 | EQT Corporation SEC Form S-4/A, dated September 28, 2017, filed September 29, 2017 |
| 115 | EQT Presentation, EQT Corporation to Acquire Rice Energy, previously marked as Schlotterbeck Exhibit 47, dated October 23, 2017 |
| 116 | Email from E. Centofanti to D. Schlosser re: Re: JANA 13D/A and Bloomberg Article, bearing bates EQT_WDPA3266886, previously marked as Schlosser Exhibit 23, dated October 2, 2017 |
| 117 | Email from B. Maddox to N. Asanovic, et al. re: Haywood 593745 Well, bearing bates EQT_WDPA0587747, dated October 3, 2017 |
| 118 | Email from B. Pratt to J. Rohr & D. Porges re: EQT - Large Shareholder, bearing bates WEDGE0005846, previously marked as Rosenberg Exhibit 19, dated October 9, 2017 |
| 119 | Cowen Analyst Report, "A Certain Point of View," dated October 10, 2017 |
| 120 | Email from E. Centofanti to J. Sinnott re: Fwd: Building Laterals, with attachment, bearing bates EQT_WDPA3905190 - EQT_WDPA3905191, dated October 12, 2017 |
| 121 | EQT Corporation Press Release, "EQT Reiterates Benefits of the Pending Acquisition of Rice Energy," dated October 16, 2017 |
| 122 | EQT Corporation SEC Schedule 14A ("JANA Proxy"), dated October 16, 2017 |
| 123 | Email from E. Centofanti to S. Schlotterbeck re: Fwd: Undeveloped acres, bearing bates EQT_WDPA3905188, dated October 17, 2017 |
| 124 | Email from E. Centofanti to J. Sinnott re: Re: Follow up, bearing bates EQT_WDPA3880279, previously marked as Centofanti Exhibit 21, dated October 19, 2017 |
| 125 | EQT Corporation SEC Form 425, dated October 19, 2017 |

| EXHIBIT NO. | EXHIBIT DESCRIPTION |
|---|---|
| 126 | Email from D. Schlosser to N. Tetlow, et al. re: RE: Building Long Laterals Script, with attachment, bearing bates EQT_WDPA0658927 - EQT_WDPA0658929, dated October 19, 2017 |
| 127 | Email from J. Junker to S. Schlotterbeck, et al. re: Analyst Presentation - Speaker Version, with attachments, bearing bates EQT_WDPA3990534 - EQT_WDPA3990570, dated October 19, 2017 |
| 128 | EQT Corp. Audit Committee Meeting Materials, bearing bates EQT_WDPA3381709, dated October 20, 2017 |
| 129 | Email from J. Sinnott to C. Ogburn re: FW: Pro-Forma "As-is" Acreage Position Stats, with attachments, bearing bates EQT_WDPA3161160 - EQT_WDPA3161165, previously marked as Sinnott Exhibit 30, dated October 20, 2017, filed October 24, 2017 |
| 130 | JANA Presentation, filed with the SEC with EQT's Schedule 14A, dated October 23, 2017, filed October 24, 2017 |
| 131 | Email from B. Pratt to J. McCandless re: RE: EQT, bearing bates WEDGE0005900, dated October 23, 2017 |
| 132 | Email from B. Brame to B. Morel re: 17-10-25 K&M Technical Services Proposal H17142 Rev 1.0 for EQT Production Company - Training Services, with attachment, bearing bates EQT_WDPA1688927 - EQT_WDPA1688929, dated October 25, 2017 |
| 133 | Email from E. Hess to D. Xia & J. Hudeck re: E&P Synergy Workshop 10/23 - Meeting Minutes, with attachment, bearing bates EQT_WDPA0951951 - EQT_WDPA0951989, previously marked as Hess Exhibit 16, dated October 25, 2017 |
| 134 | EQT Corporation Q3 2017 Earnings Call Transcript, dated October 26, 2017 |
| 135 | JANA Presentation, filed with the SEC with EQT's Schedule 14A, dated October 26, 2017, filed October 27, 2017 |
| 136 | SunTrust Robinson Humphrey Analyst Report, "Crunch Time for Rice Energy Acquisition," dated October 27, 2017 |
| 137 | Evercore ISI Analyst Report, "The Promise of a Better Tomorrow (for NG)," dated October 30, 2017 |

| EXHIBIT NO. | EXHIBIT DESCRIPTION |
|---|---|
| 138 | Email from S. Rajadhyaksha to B. Pellarin, et al. re: K&M EQT Course - Thank You & Additional Material, with attachments, bearing bates KMTG000087 - KMTG000109, dated October 30, 2017 |
| 139 | Email from B. Pratt to K. Herman re: RE: ISS Contact, bearing bates WEDGE0005974, dated October 30, 2017 |
| 140 | Email from D. Porges to B. Pratt re: Re: EQT - Large Shareholder, bearing bates WEDGE0005984, previously marked as Rosenberg Exhibit 20, dated October 31, 2017 |
| 141 | EQT Corporation SEC Schedule 14A, dated November 3, 2017 |
| 142 | "Barter Town: Shale Operators Adding Value Through Acreage Swaps," Hart Energy (Nov. 7, 2017), https://www.hartenergy.com/exclusives/barter-town-shale-operators-adding-value-through-acreage-swaps- 30478, dated November 7, 2017 |
| 143 | ERD Tripping Procedure, bearing bates EQT_WDPA3519260, previously marked as Robinson Exhibit 11, dated November 7, 2017 |
| 144 | Email from R. Odenthal FW: K&M EQT Course - Thank You and Additional Material, with attachment, bearing bates EQT_WDPA0606071 - EQT_WDPA0606073, dated November 8, 2017 |
| 145 | Talent Upgrade Master List excel spreadsheet, bearing bates EQT_WDPA5310377, dated November 8, 2017 |
| 146 | Rice Roster Nov. 12, 2017, bearing bates EQT_WDPA3838343, previously marked as Robinson Exhibit 14, dated November 12, 2017 |
| 147 | Declaration of Erin Centofanti in Support of Defendants' Motion for Summary Judgment, dated August 27, 2024 |
| 148 | EQT Corporation SEC Form 8-K, dated November 13, 2017 |
| 149 | Email from D. Porges to M. Krejsa re: Re: For Review: Draft Form 4, bearing bates EQT_WDPA5303898, dated November 18, 2017 |
| 150 | Email from G. Davis to B. Maddow & B. Morel re: EQT / Rice Drilling Integration, with attachment, bearing bates EQT_WDPA0784415 - EQT_WDPA0784419, dated November 20, 2017 |

| EXHIBIT NO. | EXHIBIT DESCRIPTION |
|---|---|
| 151 | EQT Corp. Board of Directors Meeting Materials, bearing bates EQT_WDPA0993013, dated November 28, 2017 |
| 152 | Email from E. Hess to R. McNally, et al. re: Re: Capital synergies, bearing bates EQT_WDPA3070708, dated December 7, 2017 |
| 153 | Credit Suisse Analyst Report, "Maximizing Efficiency in 2018," dated December 13, 2017 |
| 154 | Evercore ISI Analyst Report, "2018 Guide Sounds the All Clear," dated December 13, 2017 |
| 155 | J.P. Morgan Analyst Report, "Striking the Appropriate Balance Between Growth and Capex: Quick Thoughts on the 2018 Guide - ALERT," dated December 13, 2017 |
| 156 | Ladenburg Thalmann Analyst Report, "EQT Corporation Provides 2018 Budget and Guidance; Reiterate Buy Rating," dated December 13, 2017 |
| 157 | EQT Press Release, "EQT Announces 2018 Operational Forecast," dated December 13, 2017 |
| 158 | RBC Capital Markets Analyst Report, "EQT - 2018 Targets FCF Neutral; 2019 Sneak Peak in Line," dated December 13, 2017 |
| 159 | Scotia Howard Weil Analyst Report, "Initiating 2018 Guidance," dated December 13, 2017 |
| 160 | Wells Fargo Securities Analyst Report, "EQT: 2018 Production Guidance Slightly Below, Offset By Lower Capex & Expenses," dated December 13, 2017 |
| 161 | Email from U. Norris to M. Hogle re: This Should the Budget (as far as I'm aware), with attachment, bearing bates EQT_WDPA3832538 - EQT_WDPA3832539, dated December 14, 2017 |
| 162 | Declaration of Robert McNally in Support of Defendants' Motion for Summary Judgment, dated August 29, 2024 |
| 163 | Complaint, *Garfield v. Porges, et al.*, GD-17-14222 (Penn. C.P., Allegheny Cty.), dated December 19, 2017 |
| 164 | Email from J. Heimerl to A. Morris, et al. re: Patterson 294 - Olczak 592374, with attachments, bearing bates EQT_WDPA4997741 - EQT_WDPA4997765, dated December 21, 2017 |

| EXHIBIT NO. | EXHIBIT DESCRIPTION |
|---|---|
| 165 | Financial Reporting and Disclosure Business Cycle, bearing bates EQT_WDPA5308427, previously marked as Ussery Exhibit 10, dated December 21, 2017 |
| 166 | BMO Capital Markets Analyst Report, "Revising Estimates Following 2018 Outlook," dated December 26, 2017 |
| 167 | EQT Corporation SEC Form 10-K, for the Fiscal Year Ending December 31, 2017, filed February 15, 2018 |
| 168 | National Gas Supply Association, "U.S. Natural Gas Production – MMcf/day – Year to Year Comparison" (2018) |
| 169 | Range Resources, Company Presentation, dated January 2018 |
| 170 | Calendar Invite from J. Hudeck to C. Willan, et al. re: E&P Synergies 1:1 - Volume Acceleration, with attachment, bearing bates EQT_WDPA2792666 - EQT_WDPA2792678, dated January 8, 2018 |
| 171 | Anya Litvak, "These days, oil and gas companies are super-sizing their well pads," Pittsburgh Post-Gazette (Jan. 15, 2018), https://www.post-gazette.com/business/powersource/2018/01/15/These-days-oil-and-gas-companies-are-super-sizing-their-well-pads/stories/201801140023 |
| 172 | Email from E. Stahl to G. Davis re: Synergies Tracker, with attachment, bearing bates EQT_WDPA0859424 - EQT_WDPA0859425, dated January 16, 2018 |
| 173 | Email from J. Lo to R. Trinch, et al. re: RE: Marcellus Staggered Landing Zones, with attachment, bearing bates EQT_WDPA0858858 - EQT_WDPA0858873, dated January 18, 2018 |
| 174 | Email from G. Davis to J. Lo, et al. re: Marcellus Staggered Targeting, with attachment, bearing bates EQT_WDPA3563025 - EQT_WDPA3563026, dated January 18, 2018 |
| 175 | Email from J. Hudeck to E. Hess re: Presentation for tomorrow, with attachment, bearing bates EQT_WDPA3159726 - EQT_WDPA3159727, dated January 28, 2018 |
| 176 | Email from J. Hudeck to S. Robinson re: RE: Commercial Synergies Amount, with attachment, bearing bates EQT_WDPA3857568 - EQT_WDPA3857569, dated January 29, 2018 |

| EXHIBIT NO. | EXHIBIT DESCRIPTION |
|---|---|
| 177 | Email from D. Howarth to B. Maddox re: RE: Patterson 277 - R.Smith Pad - Site inspection and environmental awareness discussion 1-31-18, bearing bates EQT_WDPA2746814, dated February 1, 2018 |
| 178 | EQT Corp. Audit Committee Meeting Materials, bearing bates EQT_WDPA3383822, dated February 6, 2018 |
| 179 | Email from J. Hudeck to E. Hess re: Re: Synergy Dashboard, bearing bates EQT_WDPA0947109, dated February 11, 2018 |
| 180 | Email from E. Stahl to B. Maddox re: Updated 2018 Synergy Tracker, with attachment, bearing bates EQT_WDPA2456684 - EQT_WDPA2456685, dated February 13, 2018 |
| 181 | EQT Investor Presentation, dated February 15, 2018 |
| 182 | Credit Suisse Analyst Report, "Strong 4Q CF Beat, SOTP Decision Accelerated to End of Feb.," dated February 15, 2018 |
| 183 | EQT Corporation Q4 2017 Earnings Call Transcript, dated February 15, 2018 |
| 184 | Email from B. Varner to J. Sinnott, et al. re: RE: IR Q&A Document, bearing bates EQT_WDPA2805777, dated February 15, 2018 |
| 185 | Ladenburg Thalmann Analyst Report, "Better-than Expected Q4 '17 Results; Quick Read," dated February 15, 2018 |
| 186 | EQT Press Release, "EQT Announces Plan to Separate Midstream Business," dated February 21, 2018 |
| 187 | Range Resources Corporation Q4 2017 Earnings Call Transcript, dated February 28, 2018 |
| 188 | Email from J. Hudeck to S. Schlotterbeck, et al. re: Synergy Dashboard Update, bearing bates EQT_WDPA0644043, dated March 5, 2018 |
| 189 | Email from C. Miller to D. Schlosser re: FW: Synergy Dashboard Update, bearing bates EQT_WDPA3812426, dated March 13, 2018 |
| 190 | Business Wire, "EQT Announces Interim Leadership Change," dated March 15, 2018 |
| 191 | EQT Investor Presentation, dated March 28, 2018 |

| EXHIBIT NO. | EXHIBIT DESCRIPTION |
|---|---|
| 192 | Email from C. Miller to R. McNally re: Synergy Update Meeting, with attachment, bearing bates EQT_WDPA1701113 - EQT_WDPA1701178, previously marked as McNally Exhibit 30, dated March 28, 2018 |
| 193 | EQT Corporation SEC Form 10-Q for Q1 2018, for the Quarterly Period Ending March 31, 2018, filed April 26, 2018 |
| 194 | Email from D. Schlosser to D. Porges re: Board Communication, bearing bates EQT_WDPA3751058 - EQT_WDPA3751059, dated April 9, 2018 |
| 195 | EQT Corp. Board of Directors Meeting Materials, bearing bates EQT_WDPA3363475, dated April 10, 2018 |
| 197 | Email from D. Schlosser to B. Maddox, et al. re: Re: Harbison 592605 Record Well, bearing bates EQT_WDPA4228329, dated April 13, 2018 |
| 198 | Email from E. Hess to D. Schlosser, et al. re: RE: Synergy Presentation, with attachments, bearing bates EQT_WDPA2400442 - EQT_WDPA2400471, dated April 17, 2018 |
| 199 | Audit Committee Meeting Materials, bearing bates EQT_WDPA0994106, dated April 20, 2018 |
| 200 | EQT Investor Presentation, dated April 26, 2018 |
| 201 | EQT Corporation Q1 2018 Earnings Call Transcript, dated April 26, 2018 |
| 202 | Jefferies Analyst Report, "1Q18 Beat, Midstream Transactions Announced," dated April 26, 2018 |
| 203 | EQT Press Release, "EQT Reports First Quarter 2018 Results," dated April 26, 2018 |
| 204 | Chesapeake Energy Corporation Q1 2018 Earnings Call Transcript, dated May 2, 2018 |
| 206 | Email from B. Maddox to M. Rehl re: Files, with attachments, bearing bates EQT_WDPA0918770 - EQT_WDPA0918784, dated May 14, 2018 |
| 207 | Email from J. Hudeck to R. McNally, et al. re: Synergy Dashboard Update, bearing bates EQT_WDPA2396614, dated May 16, 2018 |
| 208 | EQT Investor Presentation, dated May 29, 2018 |

| EXHIBIT NO. | EXHIBIT DESCRIPTION |
|---|---|
| 209 | Email from M. Rehl to J. Helmick re: Rice Acquisition - Innovation, bearing bates EQT_WDPA0919524, dated June 21, 2018 |
| 210 | Email FW: Updated 2018 Synergy Tracker, with attachment, bearing bates EQT_WDPA2245565 - EQT_WDPA2245566, dated June 21, 2018 |
| 211 | Email from E. Stahl to J. Lowery, et al. re: RE: Synergies, bearing bates EQT_WDPA2691359, dated June 21, 2018 |
| 212 | Email from C. Cunningham to D. Elkin re: RE: Rice Technology/Innovation, bearing bates EQT_WDPA3006269, dated June 21, 2018 |
| 213 | Email from J. Helmick to E. Centofanti re: Fwd: Synergies, with attachments, previously marked as Hughett Exhibit 7, bearing bates EQT_WDPA0676262 - EQT_WDPA0676263, dated June 25, 2018 |
| 214 | Business Wire, "EQT to Sell Non-Core Huron Acreage for $575 Million Cash," dated June 29, 2018 |
| 215 | EQT Corporation SEC Form 10-Q for Q2 2018, for the Quarterly Period Ending June 30, 2018, filed July 26, 2018 |
| 216 | EQT Corp. Board of Directors Meeting Materials, bearing bates EQT_WDPA3378764, dated July 3, 2018 |
| 217 | Audit Committee Meeting Materials, bearing bates EQT_WDPA0994351, dated July 20, 2018 |
| 218 | Email from K. Haselhoff to A. Hughey, et al. re: Rough Draft, with attachment, bearing bates EQT_WDPA4613850 - EQT_WDPA4613851, dated July 23, 2018 |
| 219 | Email from E. Hess to B. Varner re: FW: Synergy Dashboard Update, bearing bates EQT_WDPA5046069, dated July 23, 2018 |
| 220 | Email from J. Schultz to D. Elkin re: Shale Summit PowerPoint, with attachment, bearing bates EQT_WDPA3757861 - EQT_WDPA3757862, dated July 25, 2018 |
| 221 | BMO Capital Markets Analyst Report, "2Q Mixed, with 2H Outlook in Line; Buybacks a Positive," dated July 26, 2018 |
| 222 | Credit Suisse Analyst Report, "Share Buyback Offset by Separation Delay," dated July 26, 2018 |
| 223 | EQT Corporation Q2 2018 Earnings Call Transcript, dated July 26, 2018 |

| EXHIBIT NO. | EXHIBIT DESCRIPTION |
|---|---|
| 224 | EQT Corporation SEC Form 8-K, dated July 26, 2018 |
| 225 | J.P. Morgan Analyst Report, "2Q18 Flash: Solid Results After Cash Flow Adjustment; Stock Reaction-Slightly Positive - ALERT," dated July 26, 2018 |
| 226 | Morgan Stanley Analyst Report, "Buyback Plan Offset by MVP Delay; Slight Positive Overall," dated July 26, 2018 |
| 227 | RBC Capital Markets Analyst Report, "Talkin' 'bout my separation," dated July 26, 2018 |
| 228 | Wolfe Research Analyst Report, "Spin Doctors," dated July 26, 2018 |
| 229 | EQT Investor Presentation, dated July 30, 2018 |
| 230 | Email from M. Pugliese to D. Schlosser, et al. re: FW: Audere Partners - EQT Corp - Submission, with attachments, bearing bates EQT_WDPA0659793 - EQT_WDPA0659826, dated August 2, 2018 |
| 231 | EQT Investor Presentation, dated August 6, 2018 |
| 232 | Joshua Doak et al., *Drilling Extended Laterals in the Marcellus Shale*, SPE-191783-18ERM-MS, presented at the SPE Eastern Regional Meeting held in Pittsburgh, Pennsylvania, October 7-11 2018 |
| 233 | EQT Corporation Press Release, "EQT Names Robert McNally as Next President and Chief Executive Officer," dated August 9, 2018 |
| 234 | Email from S. Storey to S. Anthos, et al. re: Approved Supplier & Open PO List, with attachments, bearing bates EQT_WDPA0200028 - EQT_WDPA0200031, dated August 15, 2018 |
| 236 | Audit Committee Meeting Materials, bearing bates EQT_WDPA0994467, dated October 19, 2018 |
| 237 | Email to J. Smith re: RE: 2018 Capex Waterfall_10_21_18.pdf, bearing bates EQT_WDPA1723620, dated October 22, 2018 |
| 238 | EQT Investor Presentation, dated October 25, 2018 |
| 239 | BMO Capital Markets Analyst Report, "3Q Vols/CF in Line, But 4Q Cut White Capital Efficiency Weakens," dated October 25, 2018 |

| EXHIBIT NO. | EXHIBIT DESCRIPTION |
|---|---|
| 240 | Credit Suisse Analyst Report, "Capital Efficiency Outlook Disappoints," dated October 25, 2018 |
| 241 | Business Wire, "EQT Announces Leadership Changes," dated October 25, 2018 |
| 242 | EQT Corporation Q3 2018 Earnings Call Transcript, dated October 25, 2018 |
| 243 | EQT Corporation SEC Form 10-Q for Q3 2018, for the Quarterly Period Ending September 20 2018, filed October 25, 2018 |
| 244 | EQT Corporation Press Release, "EQT Reports Third Quarter 2018 Results," dated October 25, 2018 |
| 245 | RBC Capital Markets Analyst Report, "(Correction) 3Q18 CFPS Miss by 3%; Separation Off to a Slow Start," dated October 25, 2018 |
| 246 | Scotia Howard Weil Analyst Report, "Mixed Bag – Weakened 2018 Guidance," dated October 25, 2018 |
| 247 | TD Securities Analyst Report, "Longer Laterals Costs Soar. Capex Guidance Increased by $300 mm," dated October 25, 2018 |
| 248 | Wolfe Research Analyst Report, "Leaving The Past Behind," dated October 25, 2018 |
| 249 | BMO Capital Markets Analyst Report, "Lowering to Market Perform," dated October 26, 2018 |
| 250 | Email from A. DeCoste to D. Cohen re: EQT (35) (EQT CORP 9.3B): SELL, TP = 35 USD (NAV), Ave 30-Day Trading $Vol (Mln, USD): 157, bearing bates A00103, previously marked as Boston Partners (DeCoste) Exhibit 12, dated October 26, 2018 |
| 251 | Cabot Oil & Gas Corporation Q3 2018 Earnings Call Transcript, dated October 26, 2018 |
| 252 | Jefferies Analyst Report, "Resetting Expectations; Maintain Hold," dated October 26, 2018 |
| 253 | EQT Investor Presentation, dated October 29, 2018 |
| 254 | CNX Resources Corporation Q3 2018 Earnings Call Transcript, dated October 30, 2018 |

| EXHIBIT NO. | EXHIBIT DESCRIPTION |
|---|---|
| 255 | Email from M. Rehl to B. Morel re: RE: Rig Rates, with attachment, bearing bates EQT_WDPA2787496 -EQT_WDPA2787497, dated November 6, 2018 |
| 256 | EQT Corporation SEC Form 8-K, dated November 13, 2018 |
| 257 | Email from D. Ross to C. Miller re: Fwd: Logistics Study Information, with attachments, bearing bates EQT_WDPA0674000 - EQT_WDPA0674055, dated November 15, 2019 |
| 258 | Email from E. Centofanti to R. McNally, et al. re: Cost White Paper - 11_28_18_v3 EC edits.docx, with attachment, bearing bates EQT_WDPA3440570 - EQT_WDPA3440571_039, previously marked as ▮ Exhibit 6, dated November 28, 2018 |
| 259 | EQT Corporation SEC Schedule 14A, dated December 10, 2018 |
| 260 | Business Wire, "Former Rice Energy Leadership Team Sends Letter to Board of EQT and Releases Presentation on Path Forward for the Company," dated December 10, 2018 |
| 261 | Email from A. Breese to B. Lambert, with attachments including the September 4, 2018 Investor Presentation, bearing bates EQT_WDPA3798286 - EQT_WDPA3798289, dated December 1, 2018 |
| 262 | EQT Corporation SEC Form 10-K, for the Fiscal Year Ending December 31, 2018, filed February 14, 2019 |
| 263 | National Gas Supply Association, "U.S. Natural Gas Production – MMcf/day – Year to Year Comparison" (2019) |
| 264 | Email from C. Arabia to E. Centofanti re: 2019 Business Plan Slides, with attachment, bearing bates EQT_WDPA5009618 - EQT_WDPA5009619, dated January 9, 2019 |
| 265 | Calendar Invite from E. Hess to J. Smith, et al. re: Synergy Discussion, with attachment, bearing bates EQT_WDPA1731002 - EQT_WDPA1731011, dated January 14, 2019 |
| 266 | Business Wire, "EQT Announces 2019 Capital Expenditure Forecast and Actions to Enhance Shareholder Value," dated January 22, 2019 |
| 267 | Email from R. Farmerie to J. Morel, et al. re: RE: Review Supplier Spend Data, with attachment, bearing bates EQT_WDPA2259196 - EQT_WDPA2259197, dated February 1, 2019 |

| EXHIBIT NO. | EXHIBIT DESCRIPTION |
|---|---|
| 268 | Excel Spreadsheet, bearing bates EQT_WDPA5130569, dated February 2, 2019 |
| 269 | EQT Corporation Special Call Transcript, dated February 5, 2019 |
| 270 | EQT Corp. Audit Committee Meeting Materials, bearing bates EQT_WDPA3904115, dated February 5, 2019 |
| 271 | J.P. Morgan Analyst Report, "Adjusting Estimates for 4Q18 and 2019 Operational Update," dated February 5, 2019 |
| 272 | RBC Capital Markets Analyst Report, "The Debate Continues…," dated February 5, 2019 |
| 273 | "Realizing EQT's Potential," EQT Corporation Schedule 14A, dated February 5, 2019 |
| 274 | EQT Corporation Press Release, "Rice Team Details Value Creation Plan for EQT," dated February 5, 2019 |
| 275 | TD Securities Analyst Report, "The Rice Plan," dated February 5, 2019 |
| 276 | Wolfe Research Analyst Report, "Oil & Gas Exploration & Production: Daily Dose of Earnings to Come," dated February 13, 2019 |
| 277 | Antero Resources Corp. Q4 2018 Earnings Call Transcript, dated February 14, 2019 |
| 278 | EQT Corporation Q4 2018 Earnings Call Transcript, dated February 14, 2019 |
| 279 | Wells Fargo Securities Analyst Report, "EQT: 4Q18 First Look," dated February 14, 2019 |
| 280 | Email from B. Morel to M. Maddox re: Fwd: IR Notes, with attachments, bearing bates EQT_WDPA2789340 - EQT_WDPA2789345, dated March 7, 2019 |
| 281 | EQT Corporation SEC Form 10-Q for Q1 2019, for the Quarterly Period Ending March 31, 2019, filed April 25, 2019 |
| 282 | Cowen Analyst Report, "Initiating Coverage at Market Perform," dated April 9, 2019 |
| 283 | Audit Committee Meeting Materials, bearing bates EQT_WDPA3904314, dated April 18, 2019 |

| EXHIBIT NO. | EXHIBIT DESCRIPTION |
|---|---|
| 284 | "Horizontally drilled wells dominate U.S. tight formation production," U.S. Energy Information Administration, https://www.eia.gov/todayinenergy/detail.php?id=39752, dated June 6, 2019 |
| 285 | Wolfe Research Analyst Report, "Takeaways From Meeting with EQT Management," dated June 6, 2019 |
| 286 | EQT Corporation Press Release, "EQT Provides Preliminary Second Quarter 2019 Financial and Operational Results and Announces Additional Savings under Target 10% Initiative," dated June 17, 2019 |
| 287 | Rice Team Investor Presentation, Realizing EQT's Potential, bearing bates EQT_WDPA3403666, dated June 2019 |
| 288 | EQT Corporation Press Release, "EQT Issues Statement," dated June 18, 2019 |
| 289 | RBC Capital Markets Analyst Report, "EQT - Rice Team Response Along with a Prompt EQT Follow-Up," dated June 18, 2019 |
| 290 | Email from J. Pletcher to J. Lushko re: Rice Slide 44 - Request for Proposal - Background Info - CONFIDENTIAL, with attachments, bearing bates EQT_WDPA3226400 - EQT_WDPA3226409, dated June 19, 2019 |
| 291 | EQT Investor Presentation, New Company, New Leadership, New Focus, dated June 19, 2019 |
| 292 | Reuters News, "Rice group wins board control at gas producer EQT, new CEO to be named," dated July 10, 2019 |
| 293 | Declaration of Toby Z. Rice in Support of Defendants' Motion for Summary Judgment, dated August 29, 2024 |
| 294 | J.P. Morgan Analyst Report, "E&P Game of Thrones (Part II)," dated October 3, 2019 |
| 295 | EQT Corporation SEC Form 10-K, for the Fiscal Year Ending December 31, 2019, filed February 27, 2020 |
| 296 | National Gas Supply Association, "U.S. Natural Gas Production – MMcf/day – Year to Year Comparison" (2020) |

| EXHIBIT NO. | EXHIBIT DESCRIPTION |
|---|---|
| 297 | Irma Galvan, et al., *Overcoming the Operational Challenges of +13,000-ft Well Laterals With 2.375-in Coiled Tubing*, SPE-199843-MS, presented at the SPE/ICoTA Well Intervention Conference and Exhibition held in The Woodlands, Texas, March 24-25, 2020 |
| 298 | EQT Corporation SEC Form 10-K, for the Fiscal Year Ending December 31, 2020, filed February 17, 2021 |
| 299 | EQT Press Release, "EQT Reports Fourth Quarter and Year-End 2020 Results and Provides 2021 Guidance," dated February 17, 2021 |
| 300 | Expert Report of Steven P. Feinstein, Ph.D., CFA, on Market Efficiency, dated April 2, 2021 |
| 301 | Excerpt of the deposition testimony of Steven Feinstein, dated May 7, 2021 |
| 302 | Excerpt of the deposition testimony of David Cohen, dated May 20, 2021 |
| 303 | Excerpt of the deposition testimony of Aaron DeCoste, dated May 20, 2021 |
| 304 | S&P Global, "US upstream industry relying on longer lateral drilling to boost cashflows," dated May 21, 2021 |
| 305 | Excerpt of the deposition testimony of Andrew Rosenberg, dated June 8, 2021 |
| 306 | Excerpt of the deposition testimony of Steven Feinstein, dated July 23, 2021 |
| 307 | EQT Corporation SEC Form 10-K, for the Fiscal Year Ending December 31, 2021, filed February 10, 2022 |
| 308 | Excerpt of the deposition testimony of ▮▮▮▮▮▮, dated January 19, 2022 |
| 309 | Excerpt of the deposition testimony of ▮▮▮▮▮▮, dated January 25, 2022 |
| 310 | "Natural Gas Weekly Update," U.S. Energy Information Administration (January 26, 2022), https://www.eia.gov/naturalgas/weekly/archivenew_ngwu/2022/01_27 |
| 311 | Excerpt of the deposition testimony of ▮▮▮▮▮▮, dated February 18, 2022 |
| 312 | Irma Galvan, et al., *A Multidisciplinary Method for Tackling CT Ops in Well Laterals Exceeding 15,000 ft in the US*, SPE-209021-MS, presented at the SPE/ICoTA Well Intervention Conference and Exhibition held in The Woodlands, Texas, March 22-23, 2022 |

| EXHIBIT NO. | EXHIBIT DESCRIPTION |
|---|---|
| 313 | Expert Sur-Reply Report of Professor John Coates, dated May 3, 2024 |
| 314 | EQT Corporation Press Release, "EQT Announces Strategic Bolt-On Acquisition and Doubles Share Repurchase Program to $2 Billion," dated September 6, 2022 |
| 315 | EQT Presentation, Strategic Bolt-On Acquisition, Tug Hill and XcL Midstream, dated September 6, 2022 |
| 316 | Excerpt of the deposition testimony of Joseph Sinnott, dated September 20, 2022 |
| 317 | Excerpt of the deposition testimony of Edward Hess, dated October 20, 2022 |
| 318 | Excerpt of the deposition testimony of ███████, dated October 20, 2022 |
| 319 | Excerpt of the deposition testimony of ███████, dated October 24, 2022 |
| 320 | Excerpt of the deposition testimony of Robert McNally, dated October 25, 2022 |
| 321 | Excerpt of the deposition testimony of Blake McLean, dated October 26, 2022 |
| 322 | Excerpt of the deposition testimony of David Schlosser, dated November 4, 2022 |
| 323 | Excerpt of the deposition testimony of Derek Rice, dated November 8, 2022 |
| 324 | Excerpt of the deposition testimony of Steven Prelipp, dated November 10, 2022 |
| 325 | Excerpt of the deposition testimony of David Xia, dated November 10-11, 2022 |
| 326 | Excerpt of the deposition testimony of Jimmi Sue Smith, dated November 15, 2022 |
| 327 | Excerpt of the deposition testimony of Patrick Kane, dated December 2, 2022 |
| 328 | EQT Corporation SEC Form 10-K, for the Fiscal Year Ending December 31, 2022, filed February 16, 2023 |
| 329 | Excerpt of the deposition testimony of Mark Shaffer, dated January 10, 2023 |
| 330 | Excerpt of the deposition testimony of ███████, dated January 12, 2023 |
| 331 | Excerpt of the deposition testimony of Andrew Breese, dated January 20, 2023 |
| 332 | Excerpt of the deposition testimony of John Wick, dated January 24, 2023 |

| EXHIBIT NO. | EXHIBIT DESCRIPTION |
|---|---|
| 333 | Excerpt of the deposition testimony of Toby Rice, dated February 3, 2023 |
| 334 | Excerpt of the deposition testimony of Erin Centofanti, dated February 10, 2023 |
| 335 | Excerpt of the deposition testimony of Brian Morel, dated February 14, 2023 |
| 336 | Well Info Drilling Spreadsheet, bearing bates EQT_WDPA5304323, dated February 14, 2023 |
| 337 | Excerpt of the deposition testimony of Daniel Rice, dated February 15, 2023 |
| 338 | EQT Investor Presentation, Fourth Quarter & Full Year 2022 Results, dated February 15, 2023 |
| 339 | Excerpt of the deposition testimony of Steven Schlotterbeck, dated February 23, 2023 |
| 340 | Excerpt of the deposition testimony of Holly Stewart, dated February 24, 2023 |
| 341 | Excerpt of the deposition testimony of Claudio Sauer, dated March 3, 2023 |
| 342 | Defendants' Verified Responses and Objections to Plaintiffs' Third Set of Interrogatories, dated March 17, 2023 |
| 343 | Expert Report of D. Randall Wright, P.E., dated May 18, 2023 |
| 344 | Expert Report of John P. Hughett, P.E., dated May 18, 2023 |
| 345 | Expert Report of William H. Purcell, dated May 18, 2023 |
| 346 | Expert Report of Steven P. Feinstein, Ph.D., CFA, on Loss Causation and Damages, dated May 18, 2023 |
| 347 | Excerpt of the deposition testimony of D. Randall Wright, dated July 7, 2023 |
| 348 | Excerpt of the deposition testimony of John Hughett, dated July 18, 2023 |
| 349 | Excerpt of the deposition testimony of Steven Feinstein, dated July 21, 2023 |
| 350 | Excerpt of the deposition testimony of William Purcell, dated July 25, 2023 |
| 351 | Adair WP-01 - Analysis of EQT and Rice Well Data, bearing bates EQT_ADAIR_00000805 |

| EXHIBIT NO. | EXHIBIT DESCRIPTION |
|---|---|
| 352 | Adair WP-02 - Analysis of Enverus Data, bearing bates EQT_ADAIR_00000806 |
| 353 | Adair WP-03 - OilGasWellInventory - All Operators, bearing bates EQT_ADAIR_00000807 |
| 354 | Adair WP-06 - Analysis of 2018 Well Paths, bearing bates EQT_ADAIR_00000810 |
| 355 | Adair WP-13 - EQT 10K Data Summary, bearing bates EQT_ADAIR_00000816 |
| 356 | Expert Report of Don Robinson, dated August 31, 2023 |
| 357 | Expert Report of Lesa S. Adair P.E., dated August 31, 2023 |
| 358 | Expert Report of Kenneth M. Lehn, dated August 31, 2023, amended November 4, 2023 |
| 359 | EQT Corporation SEC Form 10-K, for the Fiscal Year Ending December 31, 2023, filed February 14, 2024 |
| 360 | Reply Expert Report of William H. Purcell, dated December 1, 2023, revised January 26, 2024 |
| 361 | Reply Expert Report of John P. Hughett, P.E. (Revised), dated January 26, 2024 |
| 362 | Reply Expert Report of D. Randall Wright, P.E., dated December 1, 2023, revised January 26, 2024 |
| 363 | EQT Investor Presentation, Fourth Quarter and Full Year 2023 Results, dated February 13, 2024 |
| 364 | Reply Expert Report of Steven P. Feinstein, Ph.D., CFA, on Loss Causation and Damages, dated December 1, 2023 and Revised February 27, 2024, attaching the December 1, 2023 Exhibits |
| 365 | Excerpt of the deposition testimony of D. Randall Wright, dated March 1, 2024 |
| 366 | Excerpt of the deposition testimony of Steven Feinstein, dated March 5, 2024 |
| 367 | Excerpt of the deposition testimony of John Hughett, dated March 19, 2024 |
| 368 | Excerpt of the deposition testimony of William Purcell, dated March 29, 2024 |
| 369 | EQT Investor Presentation, First Quarter 2024 Results, dated April 23, 2024 |

| EXHIBIT NO. | EXHIBIT DESCRIPTION |
|---|---|
| 370 | CME Group, Henry Hub Natural Gas Futures – Settlements, https://www.cmegroup.com/daily_bulletin/current/Section61_Energy_Futures_Products.pdf, accessed April 26, 2024 |
| 371 | CME Group, Henry Hub Natural Gas Futures – Contract Specs, https://www.cmegroup.com/markets/energy/natural-gas/natural-gas.contractSpecs.html, accessed April 29, 2024 |
| 372 | Declaration of George Davis, dated May 1, 2024 |
| 373 | Expert Sur-Reply Report of Kenneth M. Lehn, dated May 3, 2024 |
| 374 | Expert Sur-Reply Report of Lesa S. Adair P.E., dated May 3, 2024 |
| 375 | Expert Sur-Reply Report of Don Robinson, dated May 3, 2024, revised May 27, 2024 |
| 376 | Summary Chart of Oil & Gas Operator CapEx Guidance Revisions |
| 377 | CME Group, Henry Hub Natural Gas Futures Overview, https://www.cmegroup.com/markets/energy/natural-gas/natural-gas.html, accessed August 23, 2024 |
| 378 | Summary of transactions in the GGRF account, bearing bates A00592, previously marked as Boston Partners (Cohen) Exhibit 5 |
| 379 | "Completion," Schlumberger Energy Glossary, https://glossary.slb.com/en/terms/c/completion |
| 380 | "Spud," Schlumberger Energy Glossary, https://glossary.slb.com/en/terms/s/spud |
| 381 | "Global Gas and Power Products," CME Group |
| 382 | "Maps: Oil and Gas Exploration, Resources, and Production", U.S. Energy Information Administration, https://www.eia.gov/maps/maps.htm; ESRI ArcGIS |
| 383 | Baker Hughes U.S. Rig Count for Horizontal, Directional, and Vertical Wells, https://rigcount.bakerhughes.com/na-rig-count |
| 384 | EQT Corporation Press Release, "EQT Announces 2016 Operational Forecast," dated December 7, 2015 |
| 385 | EQT Corporation Press Release, "EQT Announces 2017 Operational Forecast," dated December 12, 2016 |

| EXHIBIT NO. | EXHIBIT DESCRIPTION |
|---|---|
| 386 | Email to R. McNally re: RE: Longer laterals, bearing bates EQT_WDPA3816350, dated May 31, 2017 |
| 387 | EQT Corporation Press Release, "EQT Announces 2018 Operational Forecast," dated December 13, 2017 |
| 388 | 2018 Forecast Capex Monthly Format for Accounting, bearing bates EQT_WDPA5130557 |
| 389 | 2018 Forecast Capex Monthly Format for Accounting Excel Spreadsheet, bearing bates EQT_WDPA5130565 |
| 390 | Letter from L. Harris, dated March 15, 2022 |
| 391 | Letter from A. Wierzbowski, dated March 22, 2022 |
| 392 | Letter from M. Solum, dated April 9, 2022 |
| 393 | Letter from A. Wierzbowski, dated May 6, 2022 |
| 394 | Letter from M. Solum dated, April 28, 2023 |
| 395 | Letter from S. D. Bunch, dated December 7, 2023 |
| 396 | PR Newswire, "Rice Energy Announces Closing of Vantage Energy Acquisition," dated October 19, 2016 |

Dated: August 29, 2024

*/s/ Stephanie Shimada Taylor*

**KIRKLAND & ELLIS LLP**
Sandra C. Goldstein, P.C. (NY ID # 2198745)
Matthew Solum, P.C. (NY ID # 3007291)
Rachel M. Fritzler (NY ID # 5048921)
Alexander J. Rodney (NY ID # 5132931)
Stephanie Shimada Taylor (NY ID # 5621321)
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4688
Fax: (212) 446-4900
sandra.goldstein@kirkland.com
msolum@kirkland.com
rachel.fritzler@kirkland.com
alexander.rodney@kirkland.com
stephanie.taylor@kirkland.com

**REED SMITH LLP**
James L. Rockney, Jr. (PA ID #200026)
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222-2716
Tel: (412) 288-3131
Fax: (412) 288-3063
jrockney@reedsmith.com

*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 29, 2024, I caused a true and correct copy of the foregoing document to be served upon counsel of record by filing the document with the Clerk of Court using the CM/ECF system, which will send an electronic notice to the registered participants as identified on the Notice of Electronic Filing.

Respectfully submitted,

<u>/s/ *Stephanie Shimada Taylor*</u>
Stephanie Shimada Taylor