**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| *In re EQT Corporation Securities Litigation* | Case No. 2:19-cv-00754-RJC |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY**
<u>**APPROVAL OF CLASS ACTION SETTLEMENT**</u>

PLEASE TAKE NOTICE that Lead Plaintiffs Government of Guam Retirement Fund ("Guam"), Eastern Atlantic States Carpenters Annuity Fund (f/k/a Northeast Carpenters Annuity Fund), and Eastern Atlantic States Carpenters Pension Fund (f/k/a Northeast Carpenters Pension Fund) (collectively, "EAS Carpenters," and, together with Guam, "Lead Plaintiffs"), and additional Plaintiff Cambridge Retirement System ("Cambridge" and, collectively with Lead Plaintiffs, "Plaintiffs"), on behalf of themselves and the Class, hereby move this Court, the Honorable Robert J. Colville of the United States District Court for the Western District of Pennsylvania, Joseph F. Weis, Jr. U.S. Courthouse, 700 Grant Street, Courtroom 8C, Pittsburgh, Pennsylvania, for entry of an Order: (i) granting preliminary approval of the proposed Settlement; (ii) granting approval of the form and manner of giving notice of the proposed Settlement to the Class; and (iii) setting a date for a Settlement Hearing.  In support of this motion, Plaintiffs rely on the accompanying Memorandum of Law, the Stipulation and Agreement of Settlement ("Stipulation") and Exhibits thereto filed herewith, the pleadings and records on file in this action, and such other matters as the Court may consider.  Under the terms of the Stipulation, Defendants have agreed to entry of the proposed Order.

| | |
|---|---|
| Dated: June 26, 2025 | **COHEN MILSTEIN SELLERS & TOLL PLLC**<br><br>By:   */s/ S. Douglas Bunch*  <br>         S. Douglas Bunch (NY Bar No. 712265, admitted *pro hac vice*)<br>Steven J. Toll (admitted *pro hac vice*)<br>Daniel S. Sommers (admitted *pro hac vice*)<br>S. Douglas Bunch (admitted *pro hac vice*)<br>1100 New York Avenue, N.W.<br>East Tower, Suite 800<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br>stoll@cohenmilstein.com<br>dsommers@cohenmilstein.com<br>dbunch@cohenmilstein.com<br><br>Christina D. Saler (admitted *pro hac vice*)<br>100 N. 18th Street, Suite 1820<br>Philadelphia, PA 19103<br>Telephone: (267) 479-5707<br>Facsimile: (267) 479-5701<br>csaler@cohenmilstein.com<br><br>Benjamin F. Jackson (admitted *pro hac vice*)<br>88 Pine Street, 14th Floor<br>New York, NY 10005<br>Telephone: (212) 838-7797<br>Facsimile: (212) 838-7745<br>bjackson@cohenmilstein.com<br><br>*Co-Lead Counsel for Plaintiffs and the Class*<br><br>**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br><br>By:   */s/ Adam H. Wierzbowski*  <br>         Adam H. Wierzbowski (NY Bar No. 4203675, admitted *pro hac vice*)<br>Salvatore J. Graziano (admitted *pro hac vice*)<br>Adam H. Wierzbowski (admitted *pro hac vice*)<br>Jesse L. Jensen (admitted *pro hac vice*)<br>Robert Kravetz (PA I.D. #91168)<br>1251 Avenue of the Americas<br>New York, NY 10020 |

2

Telephone: (212) 554-1400
Facsimile: (212) 554-1444
salvatore@blbglaw.com
adam@blbglaw.com
jesse.jensen@blbglaw.com
robert.kravetz@blbglaw.com

*Co-Lead Counsel for Plaintiffs and the Class*

**COMBER MILLER LLC**
Michael A. Comber (PA I.D. #81951)
436 Seventh Avenue
Pittsburgh, PA 15219
Telephone: (412) 894-1380
Facsimile: (412) 291-2109
mcomber@combermiller.com

*Liaison Counsel for Lead Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

I, S. Douglas Bunch, hereby certify that on June 26, 2025, I caused a true and correct copy of the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's CM/ECF automated filing system.

<i>/s/ S. Douglas Bunch</i><br>
S. Douglas Bunch

4