**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| *In re EQT Corporation Securities Litigation* | Case No. 2:19-cv-00754-RJC |

**LEAD COUNSEL'S MOTION**
**FOR ATTORNEYS' FEES AND LITIGATION EXPENSES**

Case 2:19-cv-00754-RJC    Document 555    Filed 09/25/25    Page 2 of 5

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 23(h) and as previously set by the Court, ECF No. 552, Lead Counsel Cohen Milstein Sellers & Toll PLLC and Bernstein Litowitz Berger & Grossmann LLP will respectfully move this Court before the Honorable Robert J. Colville, United States District Judge for the Western District of Pennsylvania, on October 30, 2025 at 10:00 a.m. in Courtroom 8C, 700 Grant Street, Pittsburgh, PA 15219, or at such other location and time as set by the Court, for entry of an Order awarding attorneys' fees and litigation expenses.

In support of this motion, Lead Counsel rely upon the accompanying Memorandum of Law and the Joint Declaration of Adam H. Wierzbowski and S. Douglas Bunch in Support of (I) Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation; and (II) Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses (together with exhibits), all filed contemporaneously herewith, the pleadings and records on file in this Action, and such further argument and briefing as may be presented at or before hearing.  A proposed Order awarding attorneys' fees and litigation expenses will be submitted with the reply papers after the deadline for objecting to the fee and expense motion has passed.

1

Dated: September 25, 2025

**COHEN MILSTEIN SELLERS & TOLL PLLC**

By:  */s/ S. Douglas Bunch*
  S. Douglas Bunch (NY Bar No. 712265, admitted *pro hac vice*)
Steven J. Toll (admitted *pro hac vice*)
Daniel S. Sommers (admitted *pro hac vice*)
S. Douglas Bunch (admitted *pro hac vice*)
1100 New York Avenue, N.W.
East Tower, Suite 800
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
stoll@cohenmilstein.com
dsommers@cohenmilstein.com
dbunch@cohenmilstein.com

Christina D. Saler (admitted *pro hac vice*)
100 N. 18th Street, Suite 1820
Philadelphia, PA 19103
Telephone: (267) 479-5707
Facsimile: (267) 479-5701
csaler@cohenmilstein.com

Benjamin F. Jackson (admitted *pro hac vice*)
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
bjackson@cohenmilstein.com

*Co-Lead Counsel for Plaintiffs and the Class*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

By:  */s/ Adam H. Wierzbowski*
  Adam H. Wierzbowski (NY Bar No. 4203675, admitted *pro hac vice*)
Salvatore J. Graziano (admitted *pro hac vice*)
Adam H. Wierzbowski (admitted *pro hac vice*)
Robert Kravetz (PA I.D. #91168)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400

2

Facsimile: (212) 554-1444
salvatore@blbglaw.com
adam@blbglaw.com
robert.kravetz@blbglaw.com

*Co-Lead Counsel for Plaintiffs and the Class*

**COMBER MILLER LLC**
Michael A. Comber (PA I.D. #81951)
436 Seventh Avenue
Pittsburgh, PA 15219
Telephone: (412) 894-1380
Facsimile: (412) 291-2109
mcomber@combermiller.com

*Liaison Counsel for Lead Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

    I, Adam H. Wierzbowski, hereby certify that on September 25, 2025, I caused a true and correct copy of the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's CM/ECF automated filing system.

                                                               *s/ Adam H. Wierzbowski*
                                                                 Adam H. Wierzbowski